

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2023

No. 04-23-00935-CV

**IN RE** Michael A. **BAUMHOLTZ**, M.D., Relator

Original Proceeding[1]

### ORDER

On October 19, 2023, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 8, 2023.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019-CI-00206, styled *Shaneil Nakamoto v. Michael A. Baumholtz, M.D.*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.